UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:13-CR-10-1BO/4:13-CR-30-1BO
Civil No. 4:14-CV-238-BO/4:14-CV-239-BO

| | | |
|---|---|---|
| BRIAN GARLAND LANCASTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order. The court finds that the motions to vacate under § 2255 relate to the consolidated criminal actions. As a result, the court directs the clerk of court to consolidate the civil cases, and all future docket entries shall be docketed in criminal case number 4:13-CR-10-1BO only.

SO ORDERED. This 30 day of December, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE